THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

| | |
|---|---|
| BRAD GUENSER, on his own behalf and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>PREMERA BLUE CROSS,<br><br>        Defendant. | CASE NO. C15-0441-JCC<br><br>MINUTE ORDER REASSIGNING CASE |

15

16    The following Minute Order is made by direction of the Court, the Honorable John C.

17  Coughenour, United States District Judge:

18    The Court hereby RECUSES itself from presiding over the above-captioned matter. The

19  Clerk of Court is respectfully directed to REASSIGN this case to another judicial officer. The

20  case was randomly assigned in rotation to the Honorable Ricardo S. Martinez, United States

21  District Court Judge. The parties are hereby directed to submit all filings under the updated case

22  number, C15-0441-RSM.

23    DATED this 10th day of April 2015.

24                                                  William M. McCool
                                                  Clerk of Court
25

26                                                  s/Tasha MacAdam
                                                  Deputy Clerk